## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  22-MJ-241-1 (MAU) |
| | : | |
| v. | : | VIOLATION: |
| | : | 40 U.S.C. § 6134 |
| EMILY ARCHER PATERSON, | : | (Speeches and Objectionable Language in |
| | : | the Supreme Court Building and Grounds) |
| Defendant. | : | |
| | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 2, 2022, within the District of Columbia, **EMILY ARCHER PATERSON** did unlawfully, knowingly, and intentionally make a harangue or oration, or utter loud, threatening, or abusive language in the Supreme Court Building or grounds.

(**Speeches and Objectionable Language in the Supreme Court Building**, in violation of Title 40, United States Code, Section 6134)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Meredith E. Mayer-Dempsey*
MEREDITH E. MAYER-DEMPSEY
N.Y. Attorney No. 5213202
Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-4063
Meredith.Mayer-Dempsey@usdoj.gov